**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MARTIN JONASSEN** **PLAINTIFF**
**Reg. #11817-027**

**v.** **CASE NO. 2:26-cv-00084-BSM-ERE**

**BOP, *et al.*** **DEFENDANTS**

**ORDER**

After a *de novo* review, Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 56] is adopted. Martin Jonassen may proceed on his Religious Freedom Restoration Act claim against defendants Parham and Smith. The remaining claims and defendants are dismissed without prejudice. The clerk is directed to terminate all defendants except for Parham and Smith and update the case name to *Jonassen v. Parham, et al.*

IT IS SO ORDERED this 20th day of November, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE